**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------x
:
UNITED STATES OF AMERICA            :
:
        -against-                   :           ORDER
:
Clyde Hall                          :
:           21-cr-290
:           Docket #
---------------------------------------x

__Mary Kay Vyskocil__, **DISTRICT JUDGE:**
       Judge's Name

The C.J.A. attorney assigned to this case
__Robert Baum__ is hereby ordered substituted
       Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to __Anthony Strazza__.
                          Attorney's Name

                              **SO ORDERED.**

                              _/s/ Mary Kay Vyskocil_
                              UNITED STATES DISTRICT JUDGE

**Dated:**   May 13, 2021

         **New York, New York**