UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:21-cr-00290 (MKV) |
| -against- | **ORDER** |
| CLYDE HALL | |
| Defendants. | |

_____

MARY KAY VYSKOCIL, United States District Judge

      An arraignment is scheduled for Wednesday, May 19th at 9am. Individual links have been sent to the parties to appear via video. The public can join by dialing 855 268-7844 using access code 32091812 and PIN 9921299..

**SO ORDERED.**

**Date: May13, 2020**

*[Signature: Mary Kay Vyskocil]*

MARY KAY VYSKOCIL
United States District Judge