UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -v-

Clyde Hall,
                       Defendant(s).
-------------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO CONFERENCE OR TELEPHONE CONFERENCE

21     290
____-CR-_____(___)(___)

Defendant  Clyde Hall  hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

_X_ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

*Clyde Hall by Anthony Strazza*
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)
Clyde Hall
_____
Print Defendant's Name

_____
Defense Counsel's Signature

Anthony Strazza
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

5/19/21
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge