**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------x
                                       :
UNITED STATES OF AMERICA               :
                                       :
       -against-                       :         **ORDER**
                                       :
**Clyde Hall**                         :
                                       :         **21cr290**
                                       :         Docket #
                                       :
---------------------------------------x

**Mary Kay Vyskocil**, DISTRICT JUDGE:
    Judge's Name

The C.J.A. attorney assigned to this case
**Anthony Strazza** is hereby ordered substituted
    Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to **Calvin Scholar**

    Attorney's Name

SO ORDERED.

*/s/ Mary Kay Vyskocil*
UNITED STATES DISTRICT JUDGE

Dated: **July 7, 2021**

    **New York, New York**