USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/28/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

CLYDE HALL,

        Defendant.

21-cr-290-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    On July 28, 2021, Defendant filed a letter advising the Court that he learned that he may be moved from MCC New York to MDC Brooklyn and requesting that the Court recommend to the Bureau of Prisons and MCC New York that he continue to be housed at MCC New York. [ECF No. 21.] Defendant, eighty-two, explains, *inter alia*, that he may be suffering from chronic traumatic encephalopathy and that he has been receiving medical assistance at MCC New York for his claustrophobia, which may be caused by psychological trauma. Defendant submits that a move from MCC New York will have a detrimental effect on his health.

    Accordingly, the Court recommends to the Bureau of Prisons and MCC New York that Defendant continue to be held at MCC New York, so long as keeping him at that facility is consistent with Bureau of Prisons' policies and would not otherwise impede the Bureau in carrying out its responsibilities.

**SO ORDERED.**

**Date: July 28, 2021**
      **New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**