USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __12/2/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

CLYDE HALL, also known as Peter,

Defendant.

21 Cr. 290 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge

     The status conference scheduled for December 6, 2021 at 11:00 AM is ADJOURNED to January 11, 2022 at 2:00 PM.  In the interest of justice, all time from today to January 11, 2022 is excluded under the speedy trial act.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial in that it will allow Defendant and his counsel to review discovery and permit the parties to continue to discuss a resolution of this matter without the need for a trial.

SO ORDERED.

Dated:   December 2, 2021
           New York, New York

_____
MARY KAY VYSKOCIL
United States District Judge