```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

CLYDE HALL, also known as Peter,

                       Defendant.

21 Cr. 290 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge

    IT IS HEREBY ORDERED that the status conference scheduled for February 22, 2022 at 2:00 PM is ADJOURNED to April 5, 2022 at 10:00 AM.  In the interest of justice, all time from today to April 5, 2022 is excluded under the speedy trial act.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial in that it will allow the government to complete its production of discovery materials; allow time for defense counsel to review discovery material in this case with Defendant; and for the parties to discuss a potential pretrial disposition of this matter.  Defendant consents to the exclusion of time.

    IT IS FURTHER ORDERED that on or before March 29, 2022, the parties shall file a joint letter regarding the status of this case.

SO ORDERED.

Dated:   February 22, 2022
            New York, New York

                                                     MARY KAY VYSKOCIL
                                                     United States District Judge