| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED:  3/29/2022 |

UNITED STATES OF AMERICA,

-v-

CLYDE HALL, also known as Peter,

Defendant.

21-cr-290 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the status conference in this matter scheduled for April 5, 2022 at 10:00 AM is ADJOURNED to May 23, 2022 at 10:30 AM.  In the interest of justice, all time from today to May 23, 2022 is excluded under the speedy trial act.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendants in a speedy trial in that it will allow the government to complete its production of discovery materials; allow time for defense counsel to review discovery material in this case with Defendant and to consider whether there are any motions that are appropriate with respect to what has been produced; and for the parties to discuss a potential pretrial disposition of this matter.  Defendant consents to the exclusion of time.

IT IS FURTHER ORDERED that on or before May 16, 2022, the parties shall file a joint letter regarding the status of this case.

**SO ORDERED.**

Date:  March 29, 2022
       New York, NY

*[signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**