```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

CLYDE HALL,

                    *Defendant.*

-------------------------------------------------------------X

**SUBSTITUTION OF COUNSEL**

21 Cr. 290 (MKV)

IT IS HEREBY STIPULATED, CONSENTED AND AGREED by the undersigned that JASON GOLDMAN, ESQ., The Law Offices of Jason Goldman, 275 Madison Avenue, 35th Floor, New York, New York 10016, is substituted as attorney for CLYDE HALL, in place of instead of CALVIN SCHOLAR, 225 Broadway, Suite 715, New York, New York 10007.

Dated: New York, New York
November 25, 2022

*s/jg*
JASON GOLDMAN, ESQ.
Substituted Attorney

_____
CALVIN SCHOLAR, ESQ.
Former Attorney

_____
Defendant

SO ORDERED:
_____
Honorable Mary Kay Vyskocil