```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/5/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

CLYDE HALL,

                Defendant.

21-cr-290 (MKV)

**TRIAL SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the trial of Defendant Clyde Hall will begin on Tuesday, May 9, 2023. The trial will be held in Courtroom 18C of 500 Pearl Street, New York, NY 10007. This case must be tried to verdict within five days, and the Parties must plan accordingly. These are firm trial dates. The Court will not accept delays.

    The parties shall file any motions *in limine* by March 10, 2023. Oppositions to *in limine* motions shall be filed on or before March 17, 2023. Replies shall be filed on or before March 24, 2023. The parties shall file all other pretrial submissions, in accordance with the Court's Individual Rules of Practice in Criminal Cases, by March 17, 2023. Any contested or competing proposals shall be listed adjacent to one another and should clearly indicate what each side proposes. The Final Pretrial Conference will take place on May 4, 2023 at 11:00 a.m.

    Any request by any Party to test courtroom technology prior to the proceeding should be filed five days in advance of the trial.

**SO ORDERED.**

Date: **December 5, 2022**
      New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**