```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

CLYDE HALL,

                Defendant.

21-cr-290 (MKV)

**TRIAL SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the trial of Defendant Clyde Hall scheduled to begin on Tuesday, May 9, 2023 is ADJOURNED to Tuesday, July 11, 2023. The Final Pretrial Conference will take place on June 27, 2023 at 2:00 PM.

    The parties shall file any motions *in limine* by May 9, 2023. Oppositions to *in limine* motions shall be filed on or before May 16, 2023. Replies shall be filed on or before May 23, 2023. The parties shall file all other pretrial submissions, in accordance with the Court's Individual Rules of Practice in Criminal Cases, by June 5, 2023. Any contested or competing proposals shall be listed adjacent to one another and should clearly indicate what each side requests.

    The Clerk of Court is respectfully requested to terminate docket entry 56.

**SO ORDERED.**

**Date: December 7, 2022**
**New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**