```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

CLYDE HALL,

Defendant.

21-cr-290 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The change of plea hearing previously scheduled for July 20, 2023 at 11:00 AM is ADJOURNED to August 10, 2023 at 11:00 AM.

In the interest of justice, all time from today to August 10, 2023 is excluded under the Speedy Trial Act. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial in that it will allow time for the parties to finalize plea discussions and for the Court to hold a change of plea hearing with the defendant. The defendant consents to the exclusion of time. [ECF No. 66.]

The Clerk of Court is respectfully requested to terminate ECF Nos. 64, 65, and 66.

**SO ORDERED.**

**Date: July 20, 2023**
**New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**