```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/2/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CLYDE HALL,

Defendant.

21-cr-290 (MKV)

**ADJOURNMENT ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the sentencing of Defendant Clyde Hall scheduled for February 13, 2024 at 11:00 AM is adjourned to April 22, 2024 at 11:00 AM. Any request for an extension or adjournment shall be made by letter filed on ECF and must be received at least 48 hours before the deadline. The Clerk of Court respectfully is requested to terminate the motion pending at docket entry number 74.

**SO ORDERED.**

Date: **January 2, 2024**
      **New York, NY**

*[signature]*
**MARY KAY VYSKOCIL**
**United States District Judge**